UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angela E. Lockett
25326 Wessey
Farmington Hills, M.
48336
          Plaintiff(s),

v.

William Beaumont Hospital and Kathy Grady
3601 West 13 Mile Rd
Royal Oak, M. 48073
          Defendant(s).

Case: 2:12-cv-11064
Judge: Roberts, Victoria A.
MJ: Hluchaniuk, Michael J.
Filed: 03-09-2012 At 11:59 AM
CMP LOCKETT V WILLIAM BEAUMONT HOSPITAL, ET AL (EB)

## Civil Complaint

I had been employed at William Beaumont Hospital for approx., 20+ yrs. During this time, I have had excellent evaluations and I had gone from a transcriptionist to a Supervisor in various areas of the hospital. In October 2010 my father was diagnosed with cancer. Subsequently, as his daughter, I took on the responsibilities of his care. I had submitted FMLA papers, which should have afforded me the opportunity to care for him in the manner that he deserved. Unfortunately, however, my Director didn't see it that way. She told me that I should put him in a home so that I wouldn't miss time from work to take him to his appointments. Naturally, her statement was disturbing. When I would need to leave early or stay home, it was always a problem. My work hours were from 7A - 3:30p. However, my Director would schedule meetings @ 3:30 that usually ran until 5p. She knew that at 4p my sitter would be unavailable, hence, I would not be able to make most of her late meetings. I had asked her if I could use unpaid time off utilizing my FMLA and I was told "no". She made me stress out. I was scared to ask for my time, hence, she pressured me to work harder and more frequently. One day 14 hours.

①

Because of her response, I contacted an H.R. rep to see if it were mandatory that I work over my scheduled hours. I was told that as long as I met my obligations as a supervisor that I would be fine. Later, after feeling continued pressure from my Director I spoke with the same rep about my FMLA. She said that if I should continue to have problems with my Director to let her know, well I thought that I was doing just that. My Director knew that my dad didn't have long and that I still did my job and did it well. However, now, one of the Managers went out on an LOA and my Director gave me her responsibilities as well, on top of my responsibilities. I had never been trained to do the managers job, nor was I being paid extra to do so. However, I tried my best. Unfortunately, everything got the best of me and I had a breakdown and I had to be hospitalized for several days. Once I was stabilized, I called the Manager to tell her where I was and I also told her my condition. My mind was still cloudy and foggy and I was unsure of my next steps as they related to my care. After I was released, maybe two weeks approx., had gone by and I checked my work E-mail. There was an E-mail that was sent to the entire staff stating that my position had been eliminated due to financial reasons. I couldn't believe what I had read. I received the budgets every month and we were tens of thousands in the black each month. My position was eliminated and I was laid off because I had been hospitalized. The hospital has specific policies, which I know so well

②

regarding lay-offs. None of which were followed. Also my Hippa rights were violated. Around April 3 approx, a former employee of William Beaumont Hospital came to my house looking for me. This ex-employee hadn't worked for WBH for a few years. Upon her arrival at my home, I was out having lunch at the neighborhood local diner. She located me there, as my fiancee had told her where I was. My children and I saw her as we were leaving the diner. She came up to me, hugged me, and said "I am so sorry to hear that you were in the hospital, I know that it must have been something really really bad to put you on the psych ward." I was taken back. My kids were there. They over heard this. My thought was how the heck did she know. WBH has a confidentially policy which includes a statement which says a patient's NAME, DIAgnoses, or other information relating to a patient shall be released. My kids are old enough to know what a psych unit is. So I had to explain mommy's condition, Major Depression. A few days after this event at the diner, I called her to see where she had gotten her information, because it bothered me, and she stated/or named two of WBH current employees who told her. I feel violated on all ends by WBH. All of this because I was trying to be everything for everyone

(3)

My FMLA rights were violated

My HIPPA rights were violated

They did not adhere to their own HIPPA policy

They did not adhere to their own Lay-Off policies

And I was discriminated against because of my condition, after 20 yrs. 20 yrs

Pay practices were violated

I would like for the court to find in my favor and rule that my rights were violated and that I was clearly discriminated against. I would also like for the Court to have William Beaumont Hospital give me my job back or compensate me for my loss wages and punitive damages that I have sustained or exemplary damages + pain and suffering

I would also ask that Kathy Grady be made to attend some seminars or classes on How To Interact with Others. as well as the Do's and Dont's of professionals. She really, really needs these classes.

(4)

Therefore, I am filing this Civil Complaint against WBH (William Beaumont Hospital) for the forementioned reasons

Signature of Filer

25326 Wessex
Street Address

Farmington Hills M. 48336
City, State, Zip Code

248 229 2135
Telephone Number

3·10·12
Date

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Angela E. Lockett
25326 Wessex, Farmington Hills, MI 48336

**DEFENDANTS**
William Beaumont Hospital and Kathy Grady
3601 W. 13 Mile Road, Royal Oak, MI 48073

(b) County of Residence of First Listed Plaintiff **Oakland**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Oakland**
*(IN U.S. PLAINTIFF CASES ONLY)*

N OF

Case:2:12-cv-11064
Judge: Roberts, Victoria A.
MJ: Hluchaniuk, Michael J.
Filed: 03-09-2012 At 11:59 AM
CMP LOCKETT V WILLIAM BEAUMONT HOSPITAL, ET AL (EB)

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Employee laid-off (position eliminated) as her disability became known, also organization violated her HIPPA rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE 3·10·12

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____