UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Angela Lockett,

    Plaintiff(s),

vs                                                             Case No: 12-11064
                                                            Honorable Victoria A. Roberts

William Beaumont Hospital,

    Defendant(s),
_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their differences. Accordingly,

This matter is dismissed. The Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

    **IT IS ORDERED.**

                                             S/Victoria A. Roberts
                                             Victoria A. Roberts
                                             United States District Judge

Dated: 3/17/14

------------------------------------------------------------------------------
## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing or first class mail.

                                               S/Carol A. Pinegar
                                               Deputy Clerk